FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 20, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY MILLS,<br><br>                Plaintiff,<br><br>  v.<br><br>ARLENE BLUTH,<br><br>                Defendant. | No.  2:26-CV-00090-MKD<br><br>ORDER DISMISSING CASE |

    Plaintiff, proceeding *pro se*, filed the Complaint on February 20, 2026.  ECF No. 1.  A complaint filed by any party that seeks to proceed *in forma pauperis* under 28 U.S.C. § 1915(a) is subject to screening, and the Court must dismiss a complaint that, as relevant here, is frivolous, seeks damages from a defendant who is immune from such relief, and fails to state a claim.  28 U.S.C. § 1915(e)(2)(B); *see Lopez v. Smith*, 203 F.3d 1122, 1126-27 (9th Cir. 2000) (en banc).  Having reviewed Plaintiff's allegations liberally, *see Capp v. Cnty. of San Diego*, 940 F.3d 1046, 1052 (9th Cir. 2019), the Court concludes Plaintiff's claim against

ORDER - 1

Defendant is frivolous, barred by the doctrine of judicial immunity and fails to state a claim.

Plaintiff has filed an identical complaint against Defendant—a New York state judge—in at least four other district courts this week. *See Mills v. Bluth*, 2:26-cv-105 (M.D. Al. Feb. 18, 2026), ECF No. 1; *Mills v. Bluth*, 1:26-cv-45 (N.D. Fl. Feb. 19, 2016), ECF No. 1; *Mills v. Bluth*, 1:26-cv-21079 (S.D. Fl. Feb. 18, 2026), ECF No. 1; *Mills v. Bluth*, 1:26-cv-104 (D.R.I. Feb. 19, 2026), ECF No. 1. Plaintiff has identified no basis for this Court's jurisdiction, *see Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994), no basis to overcome Defendant's judicial immunity, *see Mireles v. Waco*, 502 U.S. 9, 12 (1991), and no allegations other than a threadbare conclusion that Defendant "conspired with individuals in depriving due process rights" by failing to dismiss a certain lawsuit in New York, *see* ECF No. 1 at 1; Fed. R. Civ. P. 8(a)(2).

Accordingly, **IT IS HEREBY ORDERED:**

1. This action is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. Plaintiff's Application to Proceed in Forma Pauperis, **ECF No. 2**, is **DENIED as moot.**

ORDER - 2

3. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, **enter judgment**, provide a copy to Plaintiff, and **CLOSE** the file.

DATED February 20, 2026.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 3